UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HARVEY MILLER and TODD K. LAMUNYON, individually, and as Representatives of a Class of Participants and Beneficiaries of the Packaging Corporation of America Retirement Savings Plan For Salaried Employees, | |
| Plaintiffs, | Case No: 1:22-cv-00271 |
| v. | Judge Hala Y. Jarbou |
| PACKAGING CORPORATION OF AMERCIA, INC., | Magistrate Judge Ray Kent |
| and | |
| THE BOARD OF DIRECTORS OF PACKAGING CORPORATION OF AMERCIA, INC., MARK W. KOWLZAN, CHERYL K. BEEBE, DUANE FARRINGTON, DONNA A. HARMAN, ROBERT C. LYONS, THOMAS P. MAURER, SAMUEL M. MENCOFF, ROGER B. PORTER, THOMAS A. SOULELES, AND PAUL T. STECKO | |
| and | |
| INVESTMENT COMMITTEE OF THE PACKAGING CORPORATION OF AMERCIA, INC., MICHELLE WOJDYLA, ROBERT P. MUNDY, AND PAMELA A. BARNES | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs, Harvey Miller and Todd K. Lamunyon (collectively, "Plaintiffs"), individually, and as representatives of a Class of Participants and Beneficiaries of the Packaging Corporation of America Retirement Savings Plan for Salaried Employees ("Plan"), respectfully moves this Court to: (1) certify this action as a class action under Fed. R. Civ. P. 23(a) and (b)(1); (2) appoint Plaintiffs as representatives of the Class; and (3) appoint Walcheske & Luzi, LLC as counsel for the Class.

This motion is made pursuant to Federal Rule of Civil Procedure 23(c)(1) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Paul M. Secunda, the Declarations of Named Plaintiffs Harvey Miller and Todd K. Lamunyon, and all files, records, and proceedings in this matter.

Pursuant to Local Civil Rule 7.1(d), Plaintiffs' counsel, Paul M. Secunda, in good faith sought concurrence in the relief requested in this motion from Defendants' counsel, Alex Lakatos, during a phone call on June 28, 2023. Defendants' counsel has opposed the relief requested in the motion.

Dated this 28th day of June, 2023

*/s/ Paul M. Secunda*
Paul M. Secunda
**WALCHESKE & LUZI, LLC**
235 Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: psecunda@walcheskeluzi.com

Troy W. Haney
**HANEY LAW FIRM, P.C.**
330 E. Fulton
Grand Rapids, MI 49503
Telephone: (616) 235-2300
Fax: (616) 459-0137
E-Mail: thaney@troyhaneylaw.com

*Attorneys for Plaintiffs and Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2023, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: June 28, 2023                *s/Paul M. Secunda*
                                   Paul M. Secunda