UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HARVEY MILLER and TODD K. LAMUNYON, individually, and as Representatives of a Class of Participants and Beneficiaries of the Packaging Corporation of America Retirement Savings Plan For Salaried Employees,<br><br>    Plaintiffs,<br><br>    v.<br><br>PACKAGING CORPORATION OF AMERCIA, INC.,<br><br>    and<br><br>THE BOARD OF DIRECTORS OF PACKAGING CORPORATION OF AMERCIA, INC., MARK W. KOWLZAN, CHERYL K. BEEBE, DUANE FARRINGTON, DONNA A. HARMAN, ROBERT C. LYONS, THOMAS P. MAURER, SAMUEL M. MENCOFF, ROGER B. PORTER, THOMAS A. SOULELES, AND PAUL T. STECKO<br><br>    and<br><br>INVESTMENT COMMITTEE OF THE PACKAGING CORPORATION OF AMERCIA, INC., MICHELLE WOJDYLA, ROBERT P. MUNDY, AND PAMELA A. BARNES<br><br>    Defendants. | Case No: 1:22-cv-00271<br><br>Judge Hala Y. Jarbou<br><br>Magistrate Judge Ray Kent |

# DECLARATION OF PAUL M. SECUNDA IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

I, Paul M. Secunda, declare and state as follows:

1. I am a partner at Walcheske Luzi, LLC ("Walcheske Luzi"), and am one of the attorneys of record for Plaintiffs in the above-captioned action. I submit this Declaration in support of Plaintiffs' Motion for Class Certification.

## Case Proceedings

2. Prior to filing the Motion for Class Certification, my colleagues and I conducted a thorough and continuous investigation of the claims that were asserted and the factual basis for those claims in this case. This work included investigating the claims and analyzing significant data. As a result of our joint investigatory efforts, we were able to file a detailed, 61-page Complaint on March 23, 2022 (ECF No. 1), a 60-page Amended Complaint on June 17, 2022 (ECF No. 14), and a 28-page Second Amended Complaint on May 17, 2023 (ECF No. 59).

3. After the parties fully briefed Defendants' Motion to Dismiss the Amended Complaint (ECF Nos. 28-29), the Court granted in part and denied in part the Motion on March 30, 2023. (ECF No. 45).

4. Since then, Walcheske & Luzi, with the substantial assistance of Named Plaintiffs, has started the process of engaging in a comprehensive discovery process involving already close to a thousand pages of documents being produced by Defendants through initial disclosures, which has enabled the parties to candidly discuss the claims, defenses, and potential losses at issue in the Action.

## Professional Overview

5.      I am a currently a Partner at the law of firm of Walcheske & Luzi, LLC in Brookfield, Wisconsin, where I concentrate my practice on labor and employment law, with an emphasis on all aspects of employee benefits (ERISA) litigation. As part of this employment, I litigate cases involving employer-sponsored retirement benefit plans and welfare benefit plans under ERISA. I am licensed to practice law in the State of Wisconsin, and also have been admitted to practice in several federal district courts and appellate courts across the country, including the Western District of Michigan. A list of jurisdictions in which I have been admitted is set forth below:

| Supreme Court of the United States |
|---|
| 3rd Circuit Court of Appeals |
| 7th Circuit Court of Appeals |
| U.S.D.C. for Western District of Michigan |
| U.S.D.C. for the Eastern District of Wisconsin |
| U.S.D.C. for the Western District of Wisconsin |
| U.S.D.C. for the Northern District of Illinois |
| U.S.D.C. for Southern District of Indiana |
| Wisconsin Supreme Court |
| New Jersey Supreme Court |
| Pennsylvania Supreme Court |

6.      I have been actively engaged in the practice of law since 1998 and have substantial class action experience and other complex litigation experience. I was a full professor of law over an 18-year academic career at two separate law schools, focusing on workplace and employee benefits law under ERISA. Since joining Walcheske Luzi in May 2020, my practice has focused primarily on ERISA class action cases.

7.      As the head of our firm's ERISA Team, I have led ERISA class action

litigation against several major companies and organizations, including Mathews International, U.S. Bank, Kimberly-Clark, Faith Technologies, Quad/Graphics, General Dynamics, Kerry Foods, Dover Corporation, NorthShore Hospitals, Pfizer, and AmerisourceBergen Corporation. The firm has significant experience handling ERISA class actions matters and has knowledge of the applicable law.

8. In addition to the present case, the firm's lawyers (including myself) have brought litigation in almost forty other cases involving retirement plans, including:

- Reichert v. Juniper Network, Inc., No. 4:21-cv-06213 (N.D. Cal.)
- Gleason et al. v. Bronson Healthcare, No. 1:21-cv-00379 (W.D. Mich.)
- Traczyk v. Aspirus, Inc. et al., No. 2:21-cv-00077-RJJ-MV (W.D. Mich.)
- Case v. Generac, Inc., No. Case No. 2:21-cv-01100-PP (E.D. Wis.)
- Seidner et al. v. Kimberly Clark Corp, No. 3:21-cv-00867-L (N.D. Tex.)
- Walter v. Kerry Inc., No. 2:21-cv-00539-BHL (E.D. Wis.)
- Bangalore v. Froedtert Health, Inc., No. 2:20-cv-893-PP (E.D. Wis.)
- Shaw v. Quad/Graphics, Inc., No. 2:20-cv-01645-PP (E.D. Wis.)
- Woznicki v. Aurora Health Care, Inc., No. 2:20-cv-1246-PP (E.D. Wis.)
- Cotter v. Matthews Int'l Corp., No. 1:20-cv-1054-WCG (E.D. Wis.)
- Nohara v. Prevea Clinic, Inc., No. 2:20-cv-1079-WCG (E.D. Wis.)
- Glick v. ThedaCare, Inc., 1:20-cv-1236-WCG (E.D. Wis.)
- Laabs v. Faith Techs., Inc., No. 1:20-cv-1534-WCG (E.D. Wis.)
- Guyes v. Nestle USA Inc., No. 1:20-cv-1560-WCG (E.D. Wis)
- Hughes v. Mercy Health Corp., No. 3:20-cv-50286 (N.D. Ill.)
- Hanson et al. v. General Dynamics, No. 0:21-cv-00988-PAM-ECW (D. Minn.)

9. Walcheske & Luzi is viewed as a leader in ERISA 401(k) cases. I have been interviewed by the Financial Times, BenefitsPro, Law360, Bloomberg, Investment News, Pensions & Investments, and several trade publications in connection with my ERISA class action work. As a law professor, I have published sixteen law review articles, two book chapters, and three books on employee benefit plan-related topics. Overall, I have published over seventy law review articles and shorter pieces on workplace law, benefits law, and related fields.

10. I also have been a lecturer, moderator, and panelist at dozens of conferences, symposia, and conferences throughout the country and the world, presenting on ERISA and employee benefit plan topics sponsored by a myriad of organizations, including: the Association of American Law Schools, American Bar Association, the Southeastern Association of Law Schools, Law and Society Association, New York University Annual Conference on Labor, and the Center for the Interdisciplinary Study of Work and Social Capital at the Washington University School of Law.

11. I have served as testifying expert in the following ERISA and employee benefits law cases around the country: *Byzantine Catholic Eparchy of Phoenix v. Burri Law P.A. et al.*, Case No. 2:20-cv-00779-ROS (D. Ariz.), *Pierson et al. v. Millennium Trust Co.*, Case No. 1340017140 (JAMS) (Ill. 2019), *Physical Therapy, U.S.A. Inc., et al. v. United Healthcare of Arizona, Inc., et al.,* Case No. CV-08-457-PHX-ROS (D. Az.), *Moyle v. Liberty Mutual Retirement Benefit Plan*, 3:10-CV-02179 (S.D. Cal.); *Gillis v. Burns & Levinson*, File No. 337.08466 (Middlesex Superior Ct. Mass.); and *Sayles v.*

*Driskell* (settled) (state court, Kansas City, Mo.).

12. I served as a non-testifying consultant in the following ERISA and employee benefit law cases: *Diversified Services of Wisconsin, Inc. v. AJ Restaurant Accounting, LLC*, Case No. 09CV-005985 (Dane Country Cir. Ct. Wis.); *Nauman v. Abbott Labs*, No. 04 C 7199 (N.D. Ill.); *Smith v. Medical Benefit Administrators Service Group, Inc.*, Case No. 2:09-cv-00538-RTR (E.D. Wis.); and *In re Rothschild Merchant Banking* (2018).

13. I served as Court Amicus in the following U.S. Supreme Court and Seventh Circuit cases: U.S. Supreme Court *Brief for Law Professors as Amici Curiae in Support of the Petitioners in Tibble v. Edison International*, No. 13-550; U.S. Supreme Court *Brief of Law Professors in Support of the Respondents in Fifth Third Bancorp v. Dudenhoeffer*, No. 12-751; U.S. Supreme Court *Brief of Law Professors in Support of Respondents, Conkright v. Frommert*, No. 08-810; and Seventh Circuit *Brief of Law Professors in Support of Rehearing En Banc, Hecker v. Deere*, Nos. 07-3605 & 08-1224.

14. Prior to this position with Walcheske & Luzi, I was a full Professor of Law, with tenure at the Marquette University Law School in Milwaukee, Wisconsin. I joined the Marquette University Law School faculty in 2008, after having been an Assistant Professor of Law at the University of Mississippi School of Law from 2002 through 2008. I have been a visiting professor of law at several other universities, including Melbourne University Law School (Australia), Justus Liebig Universitat School of Law (Germany), Hong Kong Polytech University, the University of Wisconsin-Madison School of Law, Université de Paris at Nanterre Law Faculty

(France), Western Ontario School of Law (Canada), and the Osgoode Hall School of Law at York University in Toronto.

15. I received my law degree, magna cum laude, from the Georgetown University Law Center in 1997, and my B.A., cum laude, from Harvard College in 1993. Following law school, I was a federal law clerk for Judge Murray M. Schwartz of the United State District Court for the District of Delaware from 1997-1998. I then practiced law as an associate labor and employment law attorney, focusing on ERISA and workplace litigation, with the Philadelphia law firms of Montgomery, McCracken, Walker & Rhoads, and Morgan, Lewis & Bockius from 1998 to 2002. I am a member of the Bars of Pennsylvania (1998), New Jersey (1998), and Wisconsin (2009), and the U.S. Supreme Court (2009).

16. I am an elected Fellow of the American College of Employee Benefit Counsel (ACEBC); a Senior Fulbright Scholar (in employee benefits law); an elected Fellow of the American Bar Foundation (ABF); and an elected member of the American Law Institute (ALI), serving as a member of the Consultative Group on the Restatement of Employment Law.

17. In December 2012, I was appointed by the United States Secretary of Labor, Hilda L. Solis, to the 2013 ERISA Advisory Council. The ERISA Advisory Council is established pursuant to ERISA Section 512. The duties of the council are to advise the Secretary and submit recommendations regarding the Secretary's functions under ERISA. The council consists of 15 members appointed by the Secretary of Labor. I was appointed Chairman of the Council in 2015 by then-Secretary of Labor Thomas Perez. Over my three years on the Council, I helped draft nine expert reports on all

aspects of employee benefit law, including a number of issues concerning excessive fees associated with employer-sponsored retirement plans.

## Law Firm Overview

18. Walcheske & Luzi has been engaged in the practice of law for over 13 years and is devoted to representing the interests of employees. The firm has offices in Brookfield and Appleton, Wisconsin, and Chicago, Illinois, and currently employs four attorneys.

19. Walcheske & Luzi has extensive class action and collective action experience. The firm has been appointed lead counsel or co-counsel in numerous class and collective actions and has recovered over $25 million for its clients.

20. Based on my personal experience and Walcheske & Luzi's firm-wide experience litigating ERISA and other class action cases, I believe that Walcheske & Luzi is well-equipped to serve as Class Counsel in this case.

21. Walcheske & Luzi has been recognized for being "experienced in complex [ERISA] litigation," *Soulek v. Costco Wholesale Corp. et al.*, Case No. 20-C-937, Dkt. 52 at p. 4 (E.D. Wis. Mar. 17, 2022), and has the ability and resources to vigorously prosecute ERISA class actions such as this one. Walcheske & Luzi has, and will commit, the necessary resources to pursue the best outcome for the proposed Class.

## Attached Exhibits

22. Attached hereto as Exhibit A is a true and correct copy of the 2021 Form 5500 and Audited Financials of the Packaging Corporation of America Retirement Savings Plan for Salaried Employees, as produced by Defendants as PCA00000407-

00000452.

23. Attached hereto as Exhibit B is a true and correct copy of March 31, 2016 Annual Fee Disclosure for the Packaging Corporation of America Retirement Savings Plan for Salaried Employees, as produced by Defendants as PCA00000001-, PCA00000012.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 28, 2023
*s/Paul M. Secunda*
Paul M. Secunda