UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

HARVEY MILLER and TODD
K. LAMUNYON, individually,
and as Representatives of a Class
of Participants and Beneficiaries
of the Packaging Corporation of
America Retirement Savings
Plan For Salaried Employees,

        Plaintiffs,          Case No: 1:22-cv-00271

        v.          Judge Hala Y. Jarbou

PACKAGING CORPORATION OF          Magistrate Judge Ray Kent
AMERCIA, INC., et al.

        Defendants.

---

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on February 6, 2024 at 10:00 a.m., before the Honorable Hala Y. Jarbou, United States District Judge, in Courtroom 128 of the United States District Court for the Western District of Michigan, in Lansing, Michigan, Plaintiffs Harvey Miller and Todd K. Lamunyon ("Plaintiffs") will and hereby do move this Court for an Order granting final approval of the parties' Class Action Settlement Agreement (Dkt. 76-1).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Paragraph 2.8 of the Parties' Class Action Settlement Agreement and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Paul M. Secunda and Jeffrey Mitchell and exhibits attached thereto, the previously filed

1

declarations of the Class Representatives (Dkt. Nos. 77, 78), the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion as **Exhibit 1** to this Motion.

Defendants do not oppose the motion as parties to the Settlement.

Dated: January 23, 2024

**WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
Paul M. Secunda
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953

Fax: (262) 565-6469
E-Mail: psecunda@walcheskeluzi.com

**HANEY LAW FIRM, P.C.**
Troy W. Haney
330 E. Fulton
Grand Rapids, MI 49503
Telephone: (616) 235-2300
Fax: (616) 459-0137
E-Mail: thaney@troyhaneylaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: January 23, 2024          */s/Paul M. Secunda*
                                              Paul M. Secunda