UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MINUTES**

TODD K LAMUNYON, et al.,

    Plaintiffs,

v.

PACKAGING CORPORATION OF AMERICA, INC., et al.,

    Defendants.
_____/

CASE NO. 1:22-cv-271
DATE: February 6, 2024
TIME: 10:02 AM – 10:24 AM
PLACE: Lansing
JUDGE: Hala Y. Jarbou

**APPEARANCES**

PLAINTIFF(S):
Paul M. Secunda

DEFENDANT(S):
Alex C. Lakatos

**PROCEEDINGS**

NATURE OF HEARING:
Fairness Hearing held; Plaintiffs' Motion for Final Approval of Class Action Settlement [83] granted; Plaintiffs' Motion for Attorneys' Fees and Costs, Administrative Settlement Expenses, and Case Contribution Awards (ECF No. 82) granted; orders to issue.

COURT REPORTER:   Trisha Cameron                    /s/ B. Sauve
                                                                                            CASE MANAGER