UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD K LAMUNYON, et al.,

    Plaintiffs,

v.

    Case No. 1:22-cv-271

    Hon. Hala Y. Jarbou

PACKAGING CORPORATION OF
AMERICA, INC., et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS ORDERED** that the case is **DISMISSED**.


Dated: February 6, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE